**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JUN 1 4 2006

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CR. NO. 1:06cr140-MHT |
| | ) [18 USC 922(g)(1); |
| WILLIAM TROY ARTHUR | ) 21 USC 844(a)] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 21, 2005, in Houston County, within the Middle District of Alabama,

**WILLIAM TROY ARTHUR,**

defendant herein, having been convicted of the following felonies, crimes punishable by imprisonment for terms exceeding one year under the laws of the United States, to-wit:

1)  Unlawful Driving or Taking of an Automobile, the Municipal Court of California, County of San Diego, CR126567, on the 12th day of November, 1991;

2)  Burglary of Structure, The Circuit Court of the Seventh Circuit, State of Florida, County of Volusia, CRC. 90-6416 CFAES, on the 25th day of October, 1990;

3)  Burglary of a Conveyance, The Circuit Court of the Seventh Circuit, State of Florida, County of Volusia, CRC. 90-6416 CFAES, on the 25th day of October, 1990;

4)  Possession of Methamphetamine, The Circuit Court of the Seventh Circuit, State of Florida, County of Volusia, Case Number 2003-36704 CFAES, on the 24th day of February, 2004; and

5)  Driving While License Suspended (Habitual), The Circuit Court of the Seventh Circuit, State of Florida, County of Volusia, Case Number 2003-36704 CFAES, on the 24th day of February, 2004;

did knowingly possess in and affecting commerce a firearm, to-wit: a Hi-Point, 9mm caliber, semi-automatic pistol, serial number P045188, in violation of Title 18, United States Code, Section, 922(g)(1).

## COUNT 2

On or about September 21, 2005, in Houston County, within the Middle District of Alabama,

**WILLIAM TROY ARTHUR,**

defendant herein, did intentionally and knowingly possess a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 844(a).

## FORFEITURE ALLEGATION

A. Counts 1 and 2 of this indictment are hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant,

**WILLIAM TROY ARTHUR,**

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

```
One Hi-Point, 9mm caliber, semi-automatic
pistol, bearing serial number P045188.
```

C. If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendants up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Janice Davis Williams*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
United States Attorney

*John T. Harmon*
John T. Harmon
Assistant United States Attorney

*K. David Cooke*
K. David Cooke, Jr.
Assistant United States Attorney