IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc. # 4), filed June 19, 2006, and for good cause shown, the Court is of the opinion that said motion should be and the same is hereby GRANTED. It is, therefore,

ORDERED that the Clerk of this Court be and she is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to Kilby Corrections Facility, Mt. Meigs, Alabama, commanding her to deliver the said William Troy Arthur to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Court to be held at Montgomery, Alabama, on June 28, 2006,[1] at 10:00 a.m. and to return said prisoner to said official when the Court shall have finished with him.

DONE, this 20th day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] The motion asked for defendant to be produced for arraignment on July 26, 2006. However, an arraignment docket is set prior to that date, on June 28, 2006.