IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CASE NUMBER:  1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:    THE WARDEN AND/OR KEEPER OF THE   KILBY CORRECTIONS FACILITY
                                 AT   MT. MEIGS, ALABAMA

and

TO:    THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
       OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

       We command you, that you have the body of WILLIAM TROY ARTHUR, a prisoner in your institution and

under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for

the Middle District of Alabama, at the Courtroom 5B of said Court, in the City of MONTGOMERY, on JUNE 28,

2006, at 10:00 a.m. , to answer charges pending in said Court and for such other proceedings as may appear proper

to the Court; and thereafter, that you return the said defendant to the above-named institution under safe and secure

conduct.

       BY ORDER OF THE COURT.

       DONE this the 20th day of JUNE, 2006.

                                        DEBRA P. HACKETT, CLERK
                                        UNITED STATES DISTRICT COURT
                                        MIDDLE DISTRICT OF ALABAMA

                                        By:
                                             Deputy Clerk