**COURTROOM DEPUTY'S MINUTES**          **DATE: June 28, 2006**

**MIDDLE DISTRICT OF ALABAMA**          **DIGITAL RECORDING: 10:30 - 10:40**

√**ARRAIGNMENT**          ❒**CHANGE OF PLEA**          ❒ **CONSENT PLEA**
❒ **RULE 44(c) HEARING**          ❒ **SENTENCING**

-------------------------------------------------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**          **DEPUTY CLERK: Joyce Taylor**

**CASE NUMBER: 1:06cr140-MHT**          **DEFENDANT NAME: William Troy Arthur**

**AUSA: David Cooke**          **DEFENDANT ATTORNEY: Sam Walker**

**Type counsel (   )Waived; (   )Retained; (   )CJA; ( √ )FPD**

**(   ) appointed at arraignment; (   ) standing in for: _____**

**PTSO/USPO:**

**Interpreter present? ( √ )NO; (   )YES   Name:**

-------------------------------------------------------------------------------------------------------------------------

√This is defendant's **FIRST APPEARANCE.**

√**Financial Affidavit executed. ORAL MOTION for appointment of Counsel.**

√**ORAL ORDER appointing Federal Public Defender.  Notice of Appearance to be filed.**

❒ **WAIVER OF INDICTMENT** executed and filed.

❒ **INFORMATION** filed.

❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**          √**Not Guilty**

❒ **Guilty as to:**

❒ **Count(s):**

❒ **Count(s):**                    ❒ **dismissed on oral motion of USA**

❒ **to be dismissed at sentencing**

❒ Written plea agreement filed    ❒ **ORDERED SEALED**

❒ **ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.**

√CRIMINAL TERM:  **8/7/06**          ❒ WAIVER OF SPEEDY TRIAL filed.

**DISCOVERY DISCLOSURE DATE: 6/28/06**

❒ **ORDER:** Defendant continued under ❒ same bond;  ❒ summons; for:

❒ Trial on _____; ❒ Sentencing on _____

√ Defendant remanded to custody of U. S. Marshal

❒ Trial on _____; or ❒ Sentencing on _____

❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed

❒ Defendant requests time to secure new counsel