IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

UNITED STATES OF AMERICA      )
                             )
      v.                    )            CR. NO. 1:06cr140-MHT
                             )
WILLIAM TROY ARTHUR        )

## ORDER

By agreement of the parties, and for good cause, it is

ORDERED that the detention hearing scheduled for July 13, 2006 be and hereby is

rescheduled for 11:00 a.m. on July 17, 2006 in courtroom 5-B, Frank M. Johnson, Jr. United

States Courthouse Complex, One Church Street, Montgomery, Alabama.  Pending the

hearing, the defendant shall be held in the custody of the U. S. Marshal and shall be produced

for the hearing.

DONE, this 14th day of July, 2006.


/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE