IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__SOUTHERN__ DIVISION

UNITED STATES OF AMERICA )
)
v. ) CASE NO: 1:06CR140-MHT
)
William Troy Arthur )
)

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, __William Troy Arthur__, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently aftr receiving a full and complete explanation of my rights given to me by my attorney and,

WILL FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL.

__7-16-06__  __[signature]__
DATE          DEFENDANT

__17 Jul 06__  __[signature]__
DATE          ATTORNEY FOR DEFENDANT