**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

--------------------------------------------------------------------------------

❏ **INITIAL APPEARANCE**    **DATE: July 13, 2006**
√ **BOND HEARING**
❏ **DETENTION HEARING**   **Digital Recording 11:07 - 11:18**
❏ **PRELIMINARY (EXAMINATION)(HEARING)**
❏ **REMOVAL HEARING (R.40)**
❏ **ARRAIGMENT**

--------------------------------------------------------------------------------

**PRESIDING MAG. JUDGE: Susan Russ Walker**  **DEPUTY CLERK: Joyce Taylor**

**CASE NO. 1:06cr140-MHT**   **DEFENDANT NAME: William Troy Arthur**

**AUSA: David Cooke**    **DEFT. ATTY: Donnie Bethel**

      **Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; (√ ) FPD**

**USPO/USPTS: Ron Thweatt**

**Interpreter needed: (　√ ) NO; (　)YES　Name:**

_____

| | |
|---|---|
| ❏ | Date of Arrest or ❏ Arrest Rule 40 |
| ❏ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| ❏ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ❏ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ❏ | Panel Attorney Appointed; ❏ to be appointed - prepare voucher |
| ❏ | Deft. Advises he will retain counsel.  Has retained _____ |
| ❏ | ❏ Government's ORAL  Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏set for |
| ❏ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered.  Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed.  Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury |
| ❏ | ARRAIGNMENT ❏HELD. Plea of NOT GUILTY entered. ❏Set for DISCOVERY DISCLOSURE DATE: |
| ❏ | CRIMINAL TERM: |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

CONTINUATION OF PROCEEDINGS:

| | |
|---|---|
| 11:07 a.m. | Court convenes. |
| | Parties indicate that agreement has been reached and detention hearing is not necessary. |
| 11:08 a.m. | Court's statements to defendant regarding criminal history and conditions of release. |
| 11:09 a.m. | Court direct defendant and counsel to go over bond and conditions of release. |
| 11:11 a.m. | Mr. Bethel's questions regarding defendant's treatment program and employment. |
| 11:13 a.m. | Court's statements regarding defendant's employment while in treatment. |
| | Defendant executes bond and conditions of release. |
| | Defendant will be released as soon as bed space is available. |
| 11:14 a.m. | Court's statements to defendant regarding waiver of speedy trial. |
| | Defendant executes Speedy Trial Waiver. Defendant will file motion to continue trial to November 6, 2006 Cr Term. |
| 11:15 a.m. | Pretrial conference held. |
| | Discovery completed - no problems |
| | Discussions regarding motion to suppress that has been filed by defendant. |
| | Trial time - 1 day. |
| | Mr. Bethel states he will file motion to continue trial today. |
| | Last date to file notice of intent to plea -  on or before noon July 26, 2006 if case stays on August 7 Cr Term. |
| | Counsel to let court know after their discussions today as to whether or not possible plea. |
| 11:18 a.m. | Court recessed |