IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

**MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, **WILLIAM TROY ARTHUR**, by undersigned counsel, pursuant to 18 U.S.C. 3161 §§ (h)(8)(A) and (h)(8)(B), and respectfully moves the Court for an Order continuing this matter to the November trial term. In support of this motion, the Defendant would show the following:

1. This case is currently scheduled for trial on August 7, 2006.

2. A detention hearing was held in this case on July 17, 2006. At that hearing Defendant, the United States and the Pretrial Services Officer all agreed to resolve the issue of detention by requesting that the magistrate judge order that Defendant be placed in community confinement and attend out-patient drug treatment. The magistrate judge did so.

3. Defendant's out-patient drug treatment won't be completed prior to the currently scheduled trial date. The parties desire that the trial date be continued so that Defendant can complete drug treatment prior to trial.

4. A *Waiver of Speedy Trial*, pursuant to Title 18 United States Code §3161, was filed with this Court on July 17, 2006.

5. The United States, through Assistant United States Attorney David Cooke, has no opposition to a continuance.

  6.  The ends of justice will be served by the granting of a continuance.

  **WHEREFORE**, for the reasons set forth above**,** the Defendant moves this Court to issue an Order continuing the August 7, 2006, trial date.

  Dated this 18th day of July, 2006

            Respectfully submitted,

            s/ Donnie W. Bethel
            DONNIE W. BETHEL
            Assistant Federal Defender
            201 Monroe Street, Suite 407
            Montgomery, Alabama 36104
            Phone: (334) 834-2099
            Fax: (334) 834-0353
            E-mail:don_bethel@fd.org
            IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr140-MHT |
| | ) | |
| **WILLIAM TROY ARTHUR** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, AL 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49