IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

**MOTION TO RESCHEDULE SUPPRESSION HEARING**

**NOW COMES** the Defendant, **WILLIAM TROY ARTHUR**, by undersigned counsel, and respectfully moves the Court for an Order rescheduling to the week of September 11, 2006, the suppression hearing now set for September 18, 2006. In support of this motion, the Defendant would show the following:

1. September 18, 2006, is the date set for jury selection for the September Trial Term.

2. Undersigned counsel will have at least one, and probably two, trials that begin with jury selection on that day.

3. Therefore, Defendant requests that the suppression hearing now set for September 18, 2006, be rescheduled during the week of September 11, 2006.

4. The United States, through Assistant United States Attorney David Cooke, has no opposition to this motion.

**WHEREFORE**, for the reasons set forth above, the Defendant moves this Court to grant Defendant's Motion.

Dated this 1st day of August, 2006.

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Case No.: 1:06cr140-MHT |
| ) | |
| **WILLIAM TROY ARTHUR** ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on August 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

David Cooke, Esq.
Assistant U. S. Attorney
One Court Square, Suite 201
Montgomery, AL 36104

          Respectfully submitted,

          s/ Donnie W. Bethel
          DONNIE W. BETHEL
          Assistant Federal Defender
          201 Monroe Street, Suite 407
          Montgomery, Alabama 36104
          Phone: (334) 834-2099
          Fax: (334) 834-0353
          E-mail: don_bethel@fd.org
          IN Bar Code: 14773-49