IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA    )
                              )
       v.                 )    CRIMINAL ACTION NO.
                              )      1:06cr140-MHT
WILLIAM TROY ARTHUR      )

<u>ORDER</u>

It is ORDERED that the jury selection and trial of this case, now set for November 6, 2006, are reset for October 30, 2006, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama 36104.

DONE, this the 15th day of August, 2006.


                     <u>/s/ Myron H. Thompson</u>
                UNITED STATES DISTRICT JUDGE