MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION

HON. SUSAN RUSS WALKER, MAG JUDGE         AT MONTGOMERY, ALABAMA

DATE COMMENCED:     SEPTEMBER 15, 2006            3:00 p.m.
DATE COMPLETED:     SEPTEMBER 15, 2006            4:03 p.m.

UNITED STATES OF AMERICA           *
vs                                 *        1:06cr140-MHT
WILLIAM TROY ARTHUR                *

---

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| David Cooke | * | Donnie Bethel |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy
Mitchell Reisner, Court Reporter

---

PROCEEDINGS:

HEARING ON DEFENDANT'S MOTION TO SUPPRESS (DOC. #14)

| Time | Event |
|---|---|
| 3:00 p.m. | Court convenes. Defendant invokes witness rule. |
| 3:06 p.m. | Government's direct examination. (Hughes) |
| 3:16 p.m. | Mr. Bethel's cross examination. (Hughes) |
| 3:20 p.m. | Government's direct examination. (Malloy) |
| 3:27 p.m. | Mr. Bethel's cross examination. (Malloy) |
| 3:32 p.m. | Government's redirect examination. (Malloy) |
| 3:34 p.m. | Mr. Bethel's re-cross examination. (Malloy) |
| 3:35 p.m. | Government rests. Mr. Bethel's direct examination. (Arthur) |
| 3:43 p.m. | Government's cross examination. (Arthur) |
| 3:50 p.m. | Defendant rests. |
| 3:51 p.m. | Defendant's oral arguments. |
| 3:56 p.m. | Government's oral arguments. |
| 4:03 p.m. | Court recessed |