IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS. | * | 1:06cr140-MHT |
| | * | |
| WILLIAM TROY ARTHUR | * | |

## WITNESS LIST

| GOVERNMENT | DEFENDANT |
|---|---|
| 1. Andy Hughes | 1. William Troy Arthur |
| 2. Sean Malloy | |