🖎 AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

MIDDLE                    DISTRICT OF                    ALABAMA

UNITED STATES OF AMERICA

**GOVERNMENT'S EXHIBIT LIST**

V.

WILLIAM TROY ARTHUR                    Case Number:  1:06cr140-MHT

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY DAVID COOKE | DEFENDANT'S ATTORNEY DONNIE BETHEL |
|---|---|---|
| TRIAL DATE (S) SEPTEMBER 15, 2006 | COURT REPORTER MITCHELL REISNER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/15/06 | | Yes | Report of Investigation - William Troy Arthur |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.