✎ AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| MIDDLE | DISTRICT OF | ALABAMA |
|---|---|---|

UNITED STATES OF AMERICA

**DEFENDANT'S EXHIBIT LIST**

V.

WILLIAM TROY ARTHUR

Case Number:  1:06cr140-MHT

| PRESIDING JUDGE SUSAN RUSS WALKER | GOVERNMENT'S ATTORNEY DAVID COOKE | DEFENDANT'S ATTORNEY DONNIE BETHEL |
|---|---|---|
| TRIAL DATE (S) SEPTEMBER 15, 2006 | COURT REPORTER MITCHELL REISNER | COURTROOM DEPUTY JOYCE TAYLOR |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 9/15/06 | | Yes | Report by Andy Hughes |
| | 2 | 9/15/06 | | Yes | Report by Sean Malloy |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | EXHIBIT IN SEPARATE ENVELOPE WITH COURT FILE |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.