| COURTROOM DEPUTY'S MINUTES | DATE: October 12, 2006 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | Digital Recording: 3:18 - 3:21 |

### PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE. Susan Russ Walker** | **DEPUTY CLERK: Joyce Taylor** |
| **CASE NUMBER: 1:06cr140-MHT** | **DEFENDANT(S) William Troy Arthur** |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| Christopher Snyder standing in for David Cooke | * | Christine Freeman standing in for Donnie Bethel |

☐ **DISCOVERY STATUS:**
    Complete

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
    Plea likely
    Notice of intent to change plea to be filed on or before noon on October 18, 2006

☐ **TRIAL STATUS**
    Trial time - 2 days

☐ **REMARKS:**