IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr140-MHT |
| WILLIAM TROY ARTHUR | ) | |

### ORDER

The court is troubled by the testimony of the police officers. Neither the defendant's confession nor that the defendant was <u>Mirandized</u> is mentioned in the officer reports, despite the fact that the report is otherwise quite detailed. Nevertheless, the defendant filed no objections to the magistrate judge's recommendation, and the court cannot say that the findings of fact in the recommendation are clearly erroneous.

Accordingly, after an independent and de novo review of the record, including the transcript of the hearing before the magistrate judge, it is the ORDER, JUDGMENT, and DECREE of the court:

    (1) That the recommendation of the United States Magistrate Judge (Doc. No. 31) is adopted; and

    (2) That the defendant's motion to suppress (Doc. No. 14) is denied.

    DONE, this the 17th day of October, 2006.


                                 /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE