| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** October 23, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **DIGITAL RECORDING:** 3:04 - 3:18 |
| | **COURT REPORTER:** Jimmy Dickens |

☐ **ARRAIGNMENT**   √ **CHANGE OF PLEA**   ☐ **CONSENT PLEA**
☐ **RULE 44(c) HEARING**   ☐ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:06cr140-MHT   **DEFENDANT NAME:** William Troy Arthur
**AUSA:** David Cooke   **DEFENDANT ATTORNEY:** Donnie Bethel
   Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
   ( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:** Sandra Wood
Interpreter present? (√)NO; ( )YES   Name:

---

☐ This is defendant's **FIRST APPEARANCE.**
☐ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.
☐ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.
☐ **WAIVER OF INDICTMENT** executed and filed.
☐ **INFORMATION** filed.
☐ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**   ☐ Not Guilty
   √ Guilty as to:
      √ Count(s):   1
      √ Count(s):   2   ☐ dismissed on oral motion of USA
         √ to be dismissed at sentencing

√ Written plea agreement filed   ☐ **ORDERED SEALED**
√ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count 1 of the Indictment.
☐ **CRIMINAL TERM:**   ☐ **WAIVER OF SPEEDY TRIAL** filed.
      **DISCOVERY DISCLOSURE DATE:**
√ **ORDER:** Defendant continued under √ same bond; ☐ summons; for:
   ☐ Trial on _____; ☐ Sentencing on _____
☐ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
   ☐ Trial on _____; or ☐ Sentencing on _____
☐ Rule 44 Hearing:   ☐ Waiver of Conflict of Interest Form executed
      ☐ Defendant requests time to secure new counsel