IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
     v.                     )   CRIMINAL ACTION NO.
                            )      1:06cr140-MHT
WILLIAM TROY ARTHUR         )
```

### ORDER

It is ORDERED that the motion to substitute counsel (doc. no. 45) is granted.

DONE, this the 20th day of December, 2006.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**