IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO. 1:06cr140-MHT |
| ) | |
| WILLIAM TROY ARTHUR ) | |

### MOTION TO ADD PUBLICATION DATES TO RECORD

Comes now the United States of America, by and through Leura G. Canary, United States Attorney, Middle District of Alabama, and John T. Harmon, Assistant United States Attorney, and hereby moves this Court to enter into the record the attached legal notice reflecting publication of the Notice of Criminal Forfeiture in the <u>Montgomery Independent</u> newspaper on December 14, 21 and 28, 2006, regarding the subject forfeiture action.

Respectfully submitted this 8th day of January, 2007.

FOR THE UNITED STATES ATTORNEY
LEURA G. CANARY

/s/John T. Harmon
John T. Harmon
Assistant United States Attorney
Bar Number: 7068-II58J
Office of the United States Attorney
Middle District of Alabama
One Court Square, Suite 201 (36104)
Post Office Box 197
Montgomery, Alabama 36101-0197
Telephone:(334) 223-7280
Facsimile:(334) 223-7560

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 8, 2007, I electronically filed the foregoing Motion to Add Publication Dates to Record with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Susan Redmond** and **Donnie Bethel**.

                                      Respectfully submitted,

                                      /s/John T. Harmon  
                                      John T. Harmon  
                                      Assistant United States Attorney  
                                      Office of the United States Attorney  
                                      Middle District of Alabama  
                                      One Court Square, Suite 201 (36104)  
                                      Post Office Box 197  
                                      Montgomery, Alabama 36101-0197  
                                      Telephone:(334) 223-7280  
                                      Facsimile:(334) 223-7560