IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
        v.                    )    CRIMINAL ACTION NO.
                              )       1:06cr140-MHT
WILLIAM TROY ARTHUR           )

<u>ORDER</u>

It is ORDERED that the motion to add publication
dates to record (doc. no. 47) is granted.

DONE, this the 11th day of January, 2007.


       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE