IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Case No.: 1:06cr140-MHT |
| ) | |
| WILLIAM TROY ARTHUR ) | |

### MOTION TO CONTINUE SENTENCING HEARING

**COMES NOW** the Defendant, **William Troy Arthur**, by Undersigned Counsel, Donnie W. Bethel, and respectfully moves this Court for an Order continuing the sentencing hearing in this case. In support of this Motion, Defendant would show the following:

1. Sentencing in this case is scheduled for January 31, 2007.

2. Undersigned counsel met with United States Probation Officer Jeffrey Lee on January 17, 2007, in an attempt to resolve objections to the Presentencing Investigation Report, which Defendant timely filed on January 10, 2007. Some, but not all, of the objections were resolved.

3. Undersigned Counsel will be out of the state from January 19, 2007, through January 28, 2007, first serving military duty, then participating in continuing legal education. Undersigned counsel intends to file a sentencing memorandum to assist the Court in the resolution of the remaining objections, but, in light of his travel schedule over the next ten days, will not have a sufficient opportunity to do so if the sentencing hearing is held on January 31, 2007, as currently scheduled.

4.     United States Probation Officer Jeffrey Lee does not oppose this Motion. Undersigned Counsel was unable to consult with Assistant United States Attorney Susan Redmond, as she has been out of her office due to illness and is not expected to return to the office until at least January 19, 2007.

**WHEREFORE**, Mr. Arthur respectfully requests that the Court grant this Motion to Continue the Sentencing Hearing.

Dated this 18th day of January, 2007.

                      Respectfully submitted

                      s/ Donnie W. Bethel
                      DONNIE W. BETHEL
                      Assistant Federal Defender
                      201 Monroe Street, Suite 407
                      Montgomery, Alabama 36104
                      Phone: (334) 834-2099
                      Fax: (334) 834-0353
                      E-mail:don_bethel@fd.org
                      IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: don_bethel@fd.org
IN Bar Code: 14773-49