IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr140-MHT |
| WILLIAM TROY ARTHUR | ) | |

### ORDER

It is ORDERED as follows:

(1) Defendant William Troy Arthur's motion to continue sentencing (Doc. No. 49) is granted.

(2) Sentencing for defendant Arthur, now set for January 31, 2007, is reset for March 7, 2007, at 10:00 a.m. at the Frank M. Johnson, Jr. United States Courthouse complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama, 36104.

DONE, this the 19th day of January, 2007

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE