IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | CRIMINAL ACTION NO. |
| | ) | 1:06cr140-MHT |
| WILLIAM TROY ARTHUR | ) | |

### ORDER

Because defendant William Troy Arthur's criminal offense level is 14, it is ORDERED that the government's motion for downward departure for acceptance of responsibility (Doc. No. 51) is granted, only to the extent of two levels.  See U.S.S.G. § 3E1.1 (2006).

DONE, this the 8th day of March, 2007

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE