# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

HON.   MYRON H. THOMPSON,   JUDGE           AT MONTGOMERY   ALABAMA

DATE COMMENCED   March 7, 2007           AT   2:38   A.M./P.M.

DATE COMPLETED   March 8, 2007           AT   12:18   A.M./P.M.

UNITED STATES OF AMERICA                  Criminal Action
                                          1:06cr140-MHT
        VS.
WILLIAM TROY ARTHUR

---

| PLAINTIFF/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Susan R. Redmond | X | Atty Donnie Bethel |
|  | X |  |
|  | X |  |
|  | X |  |
|  | X |  |

COURT OFFICIALS PRESENT:

| Anthony Green, Courtroom Clerk | Tashwanda Pinchback, Law Clerk | Mithcell Reisner, Court Reporter |
|---|---|---|

---

PROCEEDINGS:

( ) NONJURY TRIAL
(x) OTHER PROCEEDING:        SENTENCING HEARING

| | |
|---|---|
| 2:38 p.m. | Sentencing hearing commenced. Terms of plea agreement stated on the record. Probation concurs with plea agreement. Defendant's objection to page 5, para 15 of the PSR as stated on the record. Defendant's Objection to page 5, para 16 sustained. |
| 2:59 p.m. | Recess. |
| 3:53 p.m. | Sentencing hearing continues. Sentencing continued until 10:00 a.m. on 3/8/07. |
| 4:04 p.m. | Hearing concluded. |

**3/8/07**

| | |
|---|---|
| 10:15 a.m. | Sentencing hearing continues. Oral arguments regarding USA v Spell as related to case. |
| 10:30 a.m. | Recess. |
| 10:42 a.m. | Sentencing hearing continues. Defendant's evidence commenced. |
| 11:46 a.m. | Recess. |
| 12:03 p.m. | Sentencing hearing continues. Sentence imposed. Defendant's request for variance for |

```
page 2
1:06cr140-MHT
USA v Arthur
                              jail time credit. Court directs that the
                              defendant should receive jail time credit for
                              237 days. Government's ORAL MOTION for Final
                              Order for Forfeiture. Order to issue granting
                              Motion for Final Order of Forfeiture.
                              Government's ORAL MOTION to Dismiss Count 2
                              of the Indictment. ORAL ORDER granting Oral
                              Motion to Dismiss Count 2.
12:18 p.m.                    Hearing concluded.
```