IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

UNITED STATES OF AMERICA

v                                                    1:06cr140-MHT

WILLIAM TROY ARTHUR

---

| GOVERNMENT | DEFENDANT |
|---|---|

## WITNESS LIST

| | |
|---|---|
| | 1. GLENN PAUL WINKLER |
| | 2. COURTNEY VANE |
| | 3. DAVIS SPEED |