| | UNITED STATES OF AMERICA |
|---|---|
| GOVERNMENT EXHIBITS | v |
| SENTENCING HEARING 3/7-8/07 | WILLIAM TROY ARTHUR<br>1:06cr140-MHT |

| | | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURTREPORTER |
|---|---|---|---|---|---|---|
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | DESCRIPTION |
| 3/7/07 | 3/7/07 | 3/7/07 | 1 | | | Information - State of Florida v William Troy Arthur    Case No. 90-6416 |
| 3/7/07 | 3/7/07 | 3/7/07 | 2 | | | Judgment - State of Florida v William Troy Arthur    Case No. 90-6416 |
| 3/7/07 | 3/7/07 | 3/77/07 | 3 | | | Presentence Investigation CC Volusia Co. |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | *Exhibits located in binder with file |