| | DEFENDANT'S EXHIBITS SENTENCING HEARING 3/7-8/07 | | | | | | UNITED STATES OF AMERICA<br><br>v<br><br>WILLIAM TROY ARTHUR<br>1:06cr140-MHT |
|---|---|---|---|---|---|---|---|
| | | | | | | | JUDGE MYRON H. THOMPSON<br>MITCHELL REISNER, COURT REPORTER |
| ADMITTED | DATE OFFERED | DATE IDENTIFIED | NO | WITNESS | OBJ | | DESCRIPTION |
| 3/8/07 | 3/8/07 | 3/8/07 | 1 | | | | Character Letter from Dave Speed |
| 3/8/07 | 3/8/07 | 3/8/07 | 2 | | | | Character Letter from Mack Rudd |
| 3/8/07 | 3/8/07 | 3/8/07 | 3 | | | | Character Letter from J. Richard Waters |
| 3/8/07 | 3/8/07 | 3/8/07 | 4 | | | | Westlaw - West's Florida Statues - Burglary |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | *Exhibits located in binder with file |