IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No.: 1:06cr140-MHT |
| ) | |
| WILLIAM TROY ARTHUR ) | |

MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE

**COMES NOW** the defendant, William Troy Arthur, by and through undersigned counsel, Donnie W. Bethel, and moves pursuant to Fed. R. Crim. P. 32.1(c)(2)(B) and 18 U.S.C. § 3583(e) for an order modifying the conditions of Mr. Arthur's supervised release. In support of this motion the defense states:

1) On March 8, 2007, this court sentenced Mr. Arthur to a term of imprisonment of 26 months in the custody of the Federal Bureau of Prisons. The Court ordered Mr. Arthur to self surrender on April 4, 2007, at a facility to be designated by the Federal Bureau of Prisons, and allowed Mr. Arthur to remain out of custody on an unsecured bond under the same conditions imposed by Magistrate Judge Walker on July 17, 2007.

2) Mr. Arthur currently resides at Bannum Place of Montgomery. Mr. Arthur is required to reside at Bannum Place as a condition of his pretrial release imposed on July 17, 2007. Mr. Arthur has scrupulously complied with this and all other conditions of his pretrial release.

3) Mr. Arthur requests that the Court modify his conditions of release allowing him to leave Bannum Place and the Middle District of Alabama on March 28, 2007, so that he may visit briefly with his family in Florida prior to surrendering to the custody of the Bureau of Prisons.

1

4)      Probation Officer Sandra Wood concurs with Mr. Arthur's request.

**WHEREFORE**, Mr. Arthur respectfully requests that the Court grant this Motion to Modify Conditions of Supervised Release.

Dated this 20th day of March, 2007.

                        Respectfully submitted

                        s/ Donnie W. Bethel
                        DONNIE W. BETHEL
                        Assistant Federal Defender
                        201 Monroe Street, Suite 407
                        Montgomery, Alabama 36104
                        Phone: (334) 834-2099
                        Fax: (334) 834-0353
                        E-mail:don_bethel@fd.org
                        IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Susan R. Redmond
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Donnie W. Bethel
DONNIE W. BETHEL
Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail:don_bethel@fd.org
IN Bar Code: 14773-49