IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


UNITED STATES OF AMERICA      )
                              )
    v.                        )    CRIMINAL ACTION NO.
                              )       1:06cr140-MHT
WILLIAM TROY ARTHUR           )

                            ORDER

    It is ORDERED as follows:

    (1) The motion to modify conditions of supervised

        release (Doc. No. 63) is granted.

    (2) Defendant William Troy Arthur is permitted to

        leave Bannum Place and the Middle District of

        Alabama on March 28, 2007, so that he may visit

        with his family in Florida prior to surrendering

        to the custody of the Bureau of Prisons.

    DONE, this the 23rd day of March, 2007.


                   /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE