IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

**NOTICE OF APPEAL**

    Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and gives Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on March 9, 2007.

    Respectfully submitted this 9th day of April, 2007.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: andrew.schiff@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 1:06cr140-MHT |
| | ) | |
| WILLIAM TROY ARTHUR | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Donnie Wayne Bethel, Esq.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Andrew O. Schiff
    ANDREW O. SCHIFF
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: andrew.schiff@usdoj.gov