IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 07-11649-J

UNITED STATES OF AMERICA,

Plaintiff-Appellant,

versus

WILLIAM TROY ARTHUR,

Defendant-Appellee.

Appeal from the United States District Court for the

Middle District of Alabama

ENTRY OF DISMISSAL

Pursuant to the appellant's motion for voluntary dismissal, Fed.R.App.P. 42 and 11th Cir. R. 42-1(a), the above referenced appeal was duly entered dismissed this 21st day of May, 2007.

THOMAS K. KAHN
Clerk of the United States Court
of Appeals for the Eleventh Circuit

By: Deborah Hall
Deputy Clerk

FOR THE COURT - BY DIRECTION

ORD-50